SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**KEMP STRICKLAND, OSB #961185**
Kemp.Strickland@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:11-cr-00524-AB** |
| | **3:26-cr-00181-AB** |
| **v.** | |
| **TERRY LEE LEICHLEITER** | **GOVERNMENT'S** |
| **Defendant.** | **SENTENCING MEMORANDUM** |

**Introduction**

Defendant Terry Lee Leichleiter is 57 years old who at the time of sentencing. He is scheduled to be sentenced following an entry of a guilty plea to Count 1 of the indictment which charges Failure to Register as a Sex Offender. Lechleiter is a violent offender who has prior convictions for, Burglary I, Forgery I, Rape I, Sodomy I, DUII, Failure to Register as a Sex Offender, Attempted Assault, and Theft III.

At the time of this offense, Lechleiter was fully aware that he is on federal supervision for the rest of his life. Further that he had to register as a sex offender to ensure the greater community is of aware of his physical location(s) and propensity to commit sex crimes. Here, he blatantly disregarded his responsibilities while on supervision and endangered the community by absconding supervision and failing to register. Because he accepted responsibility early, the

government is recommending a total sentence of 8 months imprisonment, followed by five years of supervised release, and a $100 fee assessment. In addition, the government is recommending 6 months' custody on the supervision case (3:11CR00524-001-AB), a continued lifetime of federal supervision, and that case run concurrently to the Failure to Register sentence.

Based on the foregoing, the government recommends this Court impose an 8-month term of imprisonment followed by a three-year term of supervised release, as well as orally pronounce forfeiture as described in the preliminary and final order of forfeiture - which should also be reflected in the judgment.

Dated: October 2, 2026.

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Kemp L. Strickland*
KEMP L. STRICKLAND, OSB #961185
Assistant United States Attorney